UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-50792
_____


ALEXIS HERMAN, Secretary of Labor,
United States Department of Labor,

Plaintiff-Appellee,

versus

BARRY TAYLOR, doing business as BST
Enterprises/Junior Careers, ET Al.,

Defendants,

FRANCISCO GARCIA LEON, also known
as Frank Garcia, doing business as
BST Enterprises/Junior Careers,
doing business as GABE Enterprises/
Junior Careers,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Western District of Texas
(SA-95-CV-207)
_____

October 7, 1998

Before JOLLY, BARKSDALE and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  *See* 5th Cir. R. 47.6.

---

[*]    Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.